CUNEO GILBERT & LADUCA LLP
Jon Tostrud (SB No. 199502)
1901 Avenue of the Stars, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 461-1620
jtostrud@cuneolaw.com

GREENFIELD & GOODMAN, LLC
Richard D. Greenfield
250 Hudson Street-8th Floor
New York, NY 10013
Telephone: (917) 495-4446
whitehatrdg@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BUTTONWOOD TREE VALUE PARTNERS, LP and JOHN SORRELLS on Behalf of Themselves and all Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**JACK SWEENEY, STEVEN J. SWEENEY, MARILYN J. SWEENEY, GARY M. HORGAN, H. ANTHONY GARTSHORE, F. DAVID HARE, ELIZABETH THOMPSON, FRED M. EDWARDS, DOROTHEA MONTOYA, THOMAS E. McCULLOUGH, RICHARD SCHREIBER, and LAWRENCE J. SHERMAN,**<br><br>**Defendants.** | CASE NO. SA CV 10-00537 CJC (MLGx)<br><br>[~~Proposed~~] PROTECTIVE ORDER |

# [~~PROPOSED~~] ORDER

The parties' requested CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER is hereby SO ORDERED this 18th day of April, 2011.

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE