1  **McDERMOTT WILL & EMERY LLP**
   THOMAS A. RYAN (Bar No. 143148)
2  tryan@mwe.com
   CHARLES E. WEIR (Bar No. 211091)
3  cweir@mwe.com
   GREGORY R. JONES (Bar No. 229858)
4  gjones@mwe.com
   JASON D. STRABO (Bar No. 246426)
5  jstrabo@mwe.com
   2049 Century Park East, 38th Floor
6  Los Angeles, CA  90067-3208
   Telephone:  310.277.4110
7  Facsimile:  310.277.4730

8  Attorneys for the Individual Defendants

9
                 UNITED STATES DISTRICT COURT
10
                 CENTRAL DISTRICT OF CALIFORNIA
11
                       SOUTHERN DIVISION
12

13 | BUTTONWOOD TREE VALUE PARTNERS, LP and JOHN SORRELLS on Behalf of Themselves and all Others Similarly Situated, | CASE NO. 8:10-cv-00537 CJC (MLGx)

**ORDER GRANTING STIPULATION REGARDING REGARDING CASE DATES AND DEADLINES PENDING FINALIZATION OF SETTLEMENT**

Plaintiffs,

v.

JACK A. SWEENEY, STEVEN J. SWEENEY, MARILYN J. SWEENEY, GARY M. HORGAN, H. ANTHONY GARTSHORE, ELIZABETH THOMPSON, FRED M. EDWARDS, THOMAS E. McCULLOUGH, RICHARD SCHREIBER, and LAWRENCE J. SHERMAN,

Defendants.

Based on the stipulation dated February 5, 2014 (the "Stipulation") entered into between plaintiffs Buttonwood Tree Value Partners, L.P. and John Sorrells (collectively, "Plaintiffs") and defendants Jack A. Sweeney, Steven J. Sweeney, Marilyn J. Sweeney, Gary M. Horgan, H. Anthony Gartshore, Elizabeth Thompson, Fred M. Edwards, Thomas E. McCullough, Richard Schreiber, and Lawrence J. Sherman (collectively, "the Individual Defendants"), by and through their respective counsel,

IT IS HEREBY ORDERED that the Stipulation is granted. It is FURTHER ORDERED that:

a. All pending case dates and deadlines are hereby taken off calendar;

b. Plaintiffs' motion for preliminary approval of the settlement being finalized by the parties is set for hearing on March 31, 2014 at 1:30 p.m.; and

c. Plaintiffs' motion for final approval of the settlement is set for hearing on June 9, 2014 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 2/11/14

_____
JUDGE CORMAC J. CARNEY
UNITED STATE DISTRICT JUDGE

DM_US 49499867-1.087164.0011