**McDERMOTT WILL & EMERY LLP**
THOMAS A. RYAN (Bar No. 143148)
tryan@mwe.com
CHARLES E. WEIR (Bar No. 211091)
cweir@mwe.com
GREGORY R. JONES (Bar No. 229858)
gjones@mwe.com
JASON D. STRABO (Bar No. 246426)
jstrabo@mwe.com
2049 Century Park East, 38th Floor
Los Angeles, CA  90067-3208
Telephone:   310.277.4110
Facsimile:   310.277.4730

Attorneys for the Individual Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BUTTONWOOD TREE VALUE PARTNERS, LP and JOHN SORRELLS on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>JACK A. SWEENEY, STEVEN J. SWEENEY, MARILYN J. SWEENEY, GARY M. HORGAN, H. ANTHONY GARTSHORE, ELIZABETH THOMPSON, FRED M. EDWARDS, THOMAS E. McCULLOUGH, RICHARD SCHREIBER, and LAWRENCE J. SHERMAN,<br><br>Defendants. | CASE NO. 8:10-cv-00537 CJC (MLGx)<br><br>**ORDER GRANTING SECOND STIPULATION REGARDING CASE DATES AND DEADLINES PENDING FINALIZATION OF SETTLEMENT** |

DM_US 49499867-1.087164.0011

Based on the stipulation dated February 28, 2014 (the "Stipulation") entered into between plaintiffs Buttonwood Tree Value Partners, L.P. and John Sorrells (collectively, "Plaintiffs") and defendants Jack A. Sweeney, Steven J. Sweeney, Marilyn J. Sweeney, Gary M. Horgan, H. Anthony Gartshore, Elizabeth Thompson, Fred M. Edwards, Thomas E. McCullough, Richard Schreiber, and Lawrence J. Sherman (collectively, "the Individual Defendants"), by and through their respective counsel,

IT IS HEREBY ORDERED that the Stipulation is granted. It is FURTHER ORDERED that:

a. All pending case dates and deadlines are hereby taken off calendar;

b. Plaintiffs' motion for preliminary approval of the settlement being finalized by the parties is set for hearing on April 14, 2014 at 1:30 p.m.; and

c. Plaintiffs' motion for final approval of the settlement is set for hearing on June 30, 2014 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 3/4/14

_____
JUDGE CORMAC J. CARNEY
UNITED STATE DISTRICT JUDGE

DM_US 49499867-1.087164.0011