GREENFIELD & GOODMAN, LLC
Richard D. Greenfield, *pro hac vice*
whitehatrdg@earthlink.net
Ilene Freier Brookler (SB No. 269422)
ibrookler@gmail.com
250 Hudson Street-8th Floor
New York, NY 10013
Telephone: (917) 495-4446

CUNEO GILBERT & LADUCA LLP
11620 Wilshire Boulevard, Suite 900
Los Angeles, CA 90025
Telephone: (310) 582-5939

CUNEO GILBERT & LADUCA LLP
Jonathan W. Cuneo, *pro hac vice*
jonc@cuneolaw.com
Matthew E. Miller, *pro hac vice*
mmiller@cuneolaw.com
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BUTTONWOOD TREE VALUE PARTNERS, L.P., and JOHN SORRELL individually and on behalf of all others similarly situated,

Plaintiffs,

v.

JACK A. SWEENEY, STEVEN J. SWEENEY, MARILYN J. SWEENEY GARY M. HORGAN, H. ANTHONY GARTSHORE, ELIZABETH THOMPSON, FRED M. EDWARDS, THOMAS MCCULLOUGH, RICHARD E. SCHREIBER, LAWRENCE J. SHERMAN,

Defendants.

No.: SACV10-00537 CJC (MLGx)

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT; APPROVAL OF NOTICE TO CLASS MEMBERS; AND SETTING A DATE FOR A FINAL FAIRNESS HEARING**

Date: Monday, May 5, 2014
Time: 1:30 p.m.
Location: Courtroom 9B
Judge: Hon. Cormac J. Carney

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Buttonwood Tree Value Partners, L.P. and John Sorrells, by their undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 23(e) for entry of the [Proposed] Order Preliminarily Approving Class Action Settlement, and Approving Procedure For and Form of Notice ("Preliminary Approval Order").

This unopposed motion is made following the conference of counsel pursuant to L.R. 7-3.

This unopposed motion is supported by (1) a Memorandum of Points and Authorities, and (2) a supporting declaration of Richard D. Greenfield to which is attached (as Exhibit A) the Stipulation of Settlement among the parties (and several exhibits thereto, including the forms of notice and the claim form), both filed herewith. The proposed Preliminary Approval Order is also submitted herewith.

DATED: April 7, 2014

GREENFIELD & GOODMAN, LLC

/s/ Richard D. Greenfield

Richard D. Greenfield, *pro hac vice*
Ilene Freier Brookler (SB No. 269422)
ibrookler@gmail.com
250 Hudson Street-8th Floor
New York, NY 10013
(917) 495-4446

CUNEO GILBERT & LADUCA LLP
11620 Wilshire Boulevard, Suite 900
Los Angeles, CA 90025
Telephone: (310) 582-5939

CUNEO GILBERT & LADUCA LLP
Jonathan W. Cuneo, *pro hac vice*
jonc@cuneolaw.com
Matthew E. Miller, *pro hac vice*
mmiller@cuneolaw.com
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960

## PROOF OF SERVICE

Case Name: BUTTONWOOD TREE VALUE PARTNERS, LP, ET AL. V. SWEENEY , ET AL.

I am employed in Washington, D.C., am over the age of eighteen (18) years and not a party to the within action; my business address is: 507 C Street, N.E., Washington, DC, 20002. On April 7, 2014, I served the following:

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT; APPROVAL OF NOTICE TO CLASS MEMBERS; AND SETTING A DATE FOR A FINAL FAIRNESS HEARING**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT; APPROVAL OF NOTICE TO CLASS MEMBERS; AND SETTING A DATE FOR A FINAL FAIRNESS HEARING**

**DECLARATION OF RICHARD D. GREENFIELD IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT (AND ALL EXHIBITS THERETO)**

electronically on the Court's CM/EFC filing system.

/s/ Matthew E. Miller
Matthew E. Miller