GREENFIELD & GOODMAN, LLC
Richard D. Greenfield, *pro hac vice*
whitehatrdg@earthlink.net
Ilene Freier Brookler (SB No. 269422)
ibrookler@gmail.com
250 Hudson Street-8th Floor
New York, NY 10013
Telephone: (917) 495-4446

CUNEO GILBERT & LADUCA LLP
11620 Wilshire Boulevard, Suite 900
Los Angeles, CA 90025
Telephone: (310) 582-5939

CUNEO GILBERT & LADUCA LLP
Jonathan W. Cuneo, *pro hac vice*
jonc@cuneolaw.com
Matthew E. Miller, *pro hac vice*
mmiller@cuneolaw.com
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUTTONWOOD TREE VALUE PARTNERS, L.P., and JOHN SORRELL individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JACK A. SWEENEY, STEVEN J. SWEENEY, MARILYN J. SWEENEY GARY M. HORGAN, H. ANTHONY GARTSHORE, ELIZABETH THOMPSON, FRED M. EDWARDS, THOMAS MCCULLOUGH, RICHARD E. SCHREIBER, LAWRENCE J. SHERMAN,<br><br>Defendants. | No.: SACV10-00537 CJC (MLGx)<br><br>**CORRECTED NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Date: Monday, July 21, 2014<br>Time: 1:30 p.m.<br>Location: Courtroom 9B<br>Judge: Hon. Cormac J. Carney |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Buttonwood Tree Value Partners, L.P. and John Sorrells, by their undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 23(e) for final approval of a proposed class action settlement.

This unopposed motion is made following the conference of counsel pursuant to L.R. 7-3.

This unopposed motion is supported by (1) a Memorandum of Points and Authorities, and (2) a supporting "Declaration of Richard D. Greenfield in Support of Motion for Final Approval of Settlement and Application for an Award of Attorney Fees and Expenses," both filed herewith. A proposed Order and Final Judgment is also submitted herewith.

DATED: June 9, 2014

GREENFIELD & GOODMAN, LLC

___/s/ Richard D. Greenfield___
Richard D. Greenfield, *pro hac vice*
Ilene Freier Brookler (SB No. 269422)
ibrookler@gmail.com
250 Hudson Street-8th Floor
New York, NY 10013
(917) 495-4446

CUNEO GILBERT & LADUCA LLP
11620 Wilshire Boulevard, Suite 900
Los Angeles, CA 90025
Telephone: (310) 582-5939

CUNEO GILBERT & LADUCA LLP
Jonathan W. Cuneo, *pro hac vice*
jonc@cuneolaw.com
Matthew E. Miller, *pro hac vice*
mmiller@cuneolaw.com
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960

## PROOF OF SERVICE

Case Name: BUTTONWOOD TREE VALUE PARTNERS, LP, ET AL. V. SWEENEY , ET AL.

I am employed in Washington, D.C., am over the age of eighteen (18) years and not a party to the within action; my business address is: 507 C Street, N.E., Washington, DC, 20002.

On June 9, 2014, I served the following:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT**

**DECLARATION OF RICHARD D. GREENFIELD IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND AN AWARD OF ATTORNEY FEES AND EXPENSES**

**NOTICE OF APPLICATION AND APPLICATION FOR AN AWARD OF ATTORNEY FEES AND EXPENSES**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEY FEES AND EXPENSES**

electronically on the Court's CM/EFC filing system.

On June 10, 2014, I served the following:

**CORRECTED NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT**

electronically on the Court's CM/EFC filing system.

/s/ Matthew E. Miller
Matthew E. Miller